UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

PHAROAH V. MORRIS,

    Plaintiff,

  v.                                    Case No. 16-C-0367

ENRIQUE LUY,
SUSAN NYGREN, and
AAISHA SHAKOOR,

    Defendants.

## ORDER

Plaintiff, Pharoah Morris, an inmate who filed a pro se civil rights action, has filed a motion for an extension of time to complete discovery. He states that he was not aware that discovery demands were to be served upon the attorney for the defendants directly, and not through the Court's electronic filing system. Plaintiff's confusion is understandable. However, Rule 5(d)(1) of the Federal Rules of Civil Procedure states as follows:

> Any paper after the complaint that is required to be served--together with a certificate of service--must be filed within a reasonable time after service. But disclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission.

Fed. R. Civ. P. 5(d)(1).

Although the rule also allows use of court facilities "if a local rule so authorizes", Fed. R. Civ. P. 5(b)(3), the local rules in this district have not been modified or changed to authorize such use.

Accordingly, inmates, like other parties, are required to serve their discovery demands directly on counsel for the defendants.

So as to not unduly delay proceedings in this case, however, the Court will deem discovery requests previously filed in this case as served on the defendants. The defendants will have 30 days from today's date to respond to the discovery requests, if they have not already done so. Further, plaintiff's request for an extension of time to complete discovery is granted and the discovery deadline is extended to December 15, 2016. The dispositive motion deadline is likewise extended to January 15, 2017.

**SO ORDERED** this  29th  day of August, 2016.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach, Chief Judge
                                                  United States District Court

2

Case 1:16-cv-00367-WCG   Filed 08/29/16   Page 2 of 2   Document 27